

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-107-CV

IN THE INTEREST OF I.M., K.M.,
A.M., AND M.M., CHILDREN

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant V.M.'s "Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellant V.M.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).  The appeal of appellant T.N. remains pending.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 25, 2009

---

[1] *See* Tex. R. App. P. 47.4.